Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| ALEXANDER PERALTA, | Case No.:  21-14061 JKS |
| Debtor |  |

## NOTICE OF RESERVE ON CLAIM

Creditor:         M&T BANK
Trustee Claim #:  20
Court Claim #:    11
Claimed Amount:   $0.00
Date Claim Filed: 06/22/2021

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim filed with no recorded mortgage attached.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  June 28, 2021

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

ALEXANDER PERALTA
64 18TH AVENUE
PATERSON, NJ    07513

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

M&T BANK
PO BOX 1508
BUFFALO, NY    14240

KML LAW GROUP
701 MARKET STREET #5000
PHILADELPHIA, PA    19106