Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14061−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alexander Peralta
  64 18th Avenue
  Paterson, NJ 07513

Social Security No.:
  xxx−xx−5189

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/13/22 at 10:00 AM

to consider and act upon the following:

*27* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/17/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*30* − Certification in Opposition to (related document:27 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/17/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Alexander Peralta. (Low, Russell)

Dated: 12/20/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14061-JKS |
| Alexander Peralta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alexander Peralta, 64 18th Avenue, Paterson, NJ 07513-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC. servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Alexander Peralta ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Dec 20, 2021     Form ID: ntchrgbk     Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6