UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Alexander Peralta

Case No.:     21-14061 JKS

Chapter:          13

Hearing Date:     01/13/2022

Judge:     John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Motion for Relief from Stay filed on December 9, 2021 (document #29)

_____

Date: 01/07/2022                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*