Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

           Case No.:  21−14061−JKS  
           Chapter:  13  
           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Alexander Peralta  
   64 18th Avenue  
   Paterson, NJ 07513

Social Security No.:  
   xxx−xx−5189

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 24, 2021.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 February 24, 2022  
Time:                08:30 AM  
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 11, 2022  
JAN: wdh

                                                                      Jeanne Naughton  
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14061-JKS |
| Alexander Peralta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 11, 2022 | Form ID: 185 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Peralta, 64 18th Avenue, Paterson, NJ 07513-1709 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519212823 | + | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519219854 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 519212824 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519212825 | + | Bank of America, P.O. Box 53181, Phoenix, AZ 85072-3181 |
| 519220022 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212832 | + | CAPTLACCPT, P.O. BOX 356, POMPLOU LAKES, NJ 07442-0356 |
| 519254172 | | Emergency Physicians Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519242286 | + | M&T Bank, PO BOX 1508, Buffalo, NY 14240-1508 |
| 519242272 | | M&T Bank, PO Box 1508, Buffalo, NY 1508 |
| 519212849 | + | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 519212855 | + | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 519265752 | + | NORDSTROM, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519265438 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519215576 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 519212864 | + | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 519231214 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519212865 | + | YAMAHA FINANCIAL SERVICES, ATTN: BANKRUPTCY, 6555 KATELLA AVE, CYPRESS, CA 90630-5101 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2022 20:29:15 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212823 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2022 20:29:07 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519212826 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2022 20:29:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519212827 | | Email/Text: bankruptcy@bbandt.com | Jan 11 2022 20:29:00 | BB&T, ATTN: BANKRUPTCY, PO BOX 1847, WILSON, NC 27894 |
| 519212828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 20:39:30 | BOMBARDIER/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

Case 21-14061-JKS    Doc 37    Filed 01/13/22    Entered 01/14/22 00:10:54    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: 185 | Total Noticed: 59 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 519212829 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2022 20:29:19 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 20:39:38 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519212835 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 20:39:34 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519212836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 20:39:30 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519212837 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 20:29:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519212839 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2022 20:29:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519244874 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2022 20:29:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519248870 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 20:39:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519212840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2022 20:39:34 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519212842 | + | Email/Text: EBNBKNOT@ford.com | Jan 11 2022 20:30:00 | FORD MOTOR CREDIT COMP, POB 542000, OMAHA, NE 68154-8000 |
| 519215808 | | Email/Text: EBNBKNOT@ford.com | Jan 11 2022 20:30:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519212843 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 11 2022 20:29:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 519212844 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2022 20:29:00 | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 519212845 | + | Email/Text: EBNBKNOT@ford.com | Jan 11 2022 20:30:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 519258301 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2022 20:29:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519212846 | | Email/Text: camanagement@mtb.com | Jan 11 2022 20:29:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 519212847 | | Email/Text: camanagement@mtb.com | Jan 11 2022 20:29:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 519247696 | | Email/Text: camanagement@mtb.com | Jan 11 2022 20:29:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519237866 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2022 20:29:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519212857 | + | Email/Text: bnc@nordstrom.com | Jan 11 2022 20:29:34 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 519253884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2022 20:29:14 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519269082 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2022 20:29:14 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519269084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2022 20:29:13 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519269081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 21-14061-JKS    Doc 37    Filed 01/13/22    Entered 01/14/22 00:10:54    Desc Imaged
Certificate of Notice    Page 4 of 5

District/off: 0312-2                      User: admin                                Page 3 of 4
Date Rcvd: Jan 11, 2022                   Form ID: 185                               Total Noticed: 59

| Recip ID | Bypass Reason | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 11 2022 20:29:08 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519260822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2022 20:29:20 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519253414 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2022 20:29:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264434 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2022 20:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519212858 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 20:29:11 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212859 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 20:29:19 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212860 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 20:29:17 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212861 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 20:29:11 | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212863 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 20:29:12 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214896 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2022 20:29:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519229955 | | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jan 11 2022 20:29:00 | Yamaha Motor Finance Corp., P.O. Box 2429, Cypress, CA 90630 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519212830 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212831 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212833 | *+ | CAPTLACCPT, P.O. BOX 356, POMPLOU LAKES, NJ 07442-0356 |
| 519212838 | *+ | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519212841 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519212848 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 519212850 | *+ | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 519212851 | *+ | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 519212852 | *+ | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 519212853 | *+ | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 519212854 | *+ | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 519212856 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 519212862 | *+ | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2022 | Form ID: 185 | Total Noticed: 59 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Alexander Peralta ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6