RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   ALEXANDER PERALTA            Atty:   RUSSELL L LOW ESQ
      64 18TH AVENUE                       LOW & LOW ESQS
      PATERSON, NJ  07513                  505 MAIN STREET, SUITE 304
                                           HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 21-14061

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,740.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/22/2021 | $579.00 | | 07/22/2021 | $579.00 | |
| 08/23/2021 | $579.00 | | 09/22/2021 | $579.00 | |
| 10/22/2021 | $579.00 | | 11/22/2021 | $579.00 | |
| 12/22/2021 | $579.00 | | | | |

**Total Receipts: $4,053.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,053.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 225.81 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK A | UNSECURED | 7,274.46 | * | 0.00 | |
| 0002 | BANK OF AMERICA | UNSECURED | 21,478.43 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 20,031.52 | * | 0.00 | |
| 0004 | BB&T | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BOMBARDIER/CBNA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,995.29 | * | 0.00 | |
| 0008 | CAPTLACCPT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 3,539.28 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 6,907.72 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,054.35 | * | 0.00 | |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 469.15 | * | 0.00 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 329.64 | * | 0.00 | |
| 0014 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-14061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 421.17 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 1,575.00 | * | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | KIA MOTORS FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0021 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,926.11 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,572.93 | * | 0.00 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 511.58 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,989.58 | * | 0.00 | |
| 0027 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 3,134.06 | * | 0.00 | |
| 0030 | WELLS FARGO BANK NA | UNSECURED | 2,398.98 | * | 0.00 | |
| 0031 | YAMAHA MOTOR FINANCE CORP. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0033 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | NISSAN-INFINITI LT | UNSECURED | 4,549.08 | * | 0.00 | |
| 0035 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 24,422.51 | * | 0.00 | |
| 0040 | UNITED STATES TREASURY/IRS | UNSECURED | 5,495.01 | * | 0.00 | |
| 0041 | BANK OF AMERICA | UNSECURED | 12,456.47 | * | 0.00 | |
| 0042 | CITIBANK NA | UNSECURED | 14,520.82 | * | 0.00 | |
| 0043 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 996.00 | * | 0.00 | |
| 0044 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $3,975.81**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $4,053.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,975.81    =    Funds on Hand: $77.19

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.