Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  21−14061−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander Peralta
   P.O. Box 159
   Lincoln Park, NJ 07035

Social Security No.:
   xxx−xx−5189

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/26/22 at 02:00 PM

to consider and act upon the following:

*43* − Motion re: to Approve Partial Claim Note and Mortgage Filed by Russell L. Low on behalf of Alexander Peralta. Hearing scheduled for 4/28/2022 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Low, Russell)

Dated: 5/16/22

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court