**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorneys for Debtors**

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Alexander Peralta | : | CASE NO. 21-14061 |
| | : | The Honorable John K. Sherwood |
| | : | Hearing: May 26, 2022 at 10:00 a.m. |

**DEBTOR'S SUPPLEMENTAL CERTIFICATION IN SUPPORT OF MOTION TO APPROVE PARTIAL CLAIM NOTE AND MORTGAGE**

I, the debtor, hereby certify the following:

1. The $50,624.63 which I am borrowing under the terms of the Promissory Note will be paid to the Secretary of Housing and Urban Development (HUD) Office of Housing FHA-Comptroller, Director of Mortgage Insurance Accounting and Servicing, 451 Seventh Street, SW, Washington, DC 20410.

2. The $50,624.63 will cure my mortgage arrears through December 31, 2021.

3. I understand that HUD will have a subordinate mortgage on my property for that amount of $50,624.63 and that lump sum amount will be due on July 1, 2043.

4. I understand that as per M&T Bank, the current unpaid principal balance is $227,232.75 and the unpaid principal balance will change once the partial claim is completed; the exact figure cannot be determined until the funds are received from HUD.

I hereby certify that all the statements above are true and correct to the best of my knowledge.

Date: 05/25/2022

**Alexander Peralta**
Debtor