**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on July 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Alexander Peralta** | : | CASE NO. 21-14061 |
| Debtor | : | The Honorable JOHN K. SHERWOOD |

**ORDER APPROVING PARTIAL CLAIM NOTE AND MORTGAGE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: July 6, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon theDebtor's Notice of Motion for an Order Approving a Partial Claims Note and Mortgage, and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Partial Claim Note and Mortgage, dated December 6, 2021 as between the Secured Creditor, M&T Bank and the Debtor, attached as an Exhibit to the motion, is approved.

2. The Secured Creditor, M&T Bank must file an amended proof of claim that reflects application of the Partial Claim Mortgage funds within 30 days of the entry of this Order.

3. The Trustee shall not disburse on M&T Bank's proof of claim or supplemental proof of claim without further order of the court.

4. The debtor must file a Modified Chapter 13 Plan and Amended Schedule D within 15 days of entry of this order.

5. The debtor's mortgage loan is current as of January 1, 2022. The debtor has resumed making the monthly mortgage payment for $2,719.94 starting January 2022 and has continued to make these payments regularly.