**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on July 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Alexander Peralta** | : | CASE NO. 21-14061 |
| Debtor | : | The Honorable JOHN K. SHERWOOD |

**ORDER APPROVING PARTIAL CLAIM NOTE AND MORTGAGE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 6, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having come before the Court upon the Debtor's Notice of Motion for an Order Approving a Partial Claims Note and Mortgage, and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Partial Claim Note and Mortgage, dated December 6, 2021 as between the Secured Creditor, M&T Bank and the Debtor, attached as an Exhibit to the motion, is approved.

2. The Secured Creditor, M&T Bank must file an amended proof of claim that reflects application of the Partial Claim Mortgage funds within 30 days of the entry of this Order.

3. The Trustee shall not disburse on M&T Bank's proof of claim or supplemental proof of claim without further order of the court.

4. The debtor must file a Modified Chapter 13 Plan and Amended Schedule D within 15 days of entry of this order.

5. The debtor's mortgage loan is current as of January 1, 2022. The debtor has resumed making the monthly mortgage payment for $2,719.94 starting January 2022 and has continued to make these payments regularly.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-14061-JKS

Alexander Peralta                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alexander Peralta, P.O. Box 159, Lincoln Park, NJ 07035-0159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Alexander Peralta ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 07, 2022                   Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6