CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 28 , in Chapter 13 case# 20-22212 in the District of New Jersey, for debtor(s) James Jacobi , to the following:

By US Mail, postage pre paid:

Debtor(s):

James Jacobi
16 Old Chimney Rd
Randolph, NJ 07869

BY CM/ECF

Debtor's Attorney:

Douglas A. Goldstein

Trustee:

Marie-Ann Greenberg

/s/ Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694