RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   ALEXANDER PERALTA              Atty:   RUSSELL L LOW ESQ
PO BOX 159                                   LOW & LOW ESQS
LINCOLN PARK,  NJ  07035                     505 MAIN STREET, SUITE 304
                                             HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 21-14061

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,740.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/22/2021 | $579.00 | | 07/22/2021 | $579.00 | |
| 08/23/2021 | $579.00 | | 09/22/2021 | $579.00 | |
| 10/22/2021 | $579.00 | | 11/22/2021 | $579.00 | |
| 12/22/2021 | $579.00 | | 01/25/2022 | $579.00 | |
| 02/23/2022 | $579.00 | | 03/22/2022 | $579.00 | |
| 04/22/2022 | $579.00 | | 05/23/2022 | $579.00 | |
| 06/23/2022 | $579.00 | | 07/22/2022 | $579.00 | |
| 08/22/2022 | $579.00 | | 09/22/2022 | $579.00 | |
| 10/24/2022 | $579.00 | | 11/22/2022 | $579.00 | |
| 12/22/2022 | $579.00 | | | | |

**Total Receipts: $11,001.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $11,001.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK AENB | | | | | | | |
| | 07/18/2022 | $156.09 | 894,153 | | 08/15/2022 | $25.54 | 895,721 |
| | 09/19/2022 | $25.56 | 897,304 | | 10/17/2022 | $25.56 | 898,976 |
| | 11/14/2022 | $24.98 | 900,541 | | 12/12/2022 | $25.05 | 902,113 |
| | 01/09/2023 | $25.03 | 903,602 | | | | |
| BANK OF AMERICA | | | | | | | |
| | 07/18/2022 | $267.25 | 894,348 | | 07/18/2022 | $460.78 | 894,348 |
| | 08/15/2022 | $75.47 | 895,916 | | 08/15/2022 | $43.75 | 895,916 |
| | 09/19/2022 | $75.45 | 897,514 | | 09/19/2022 | $43.76 | 897,514 |
| | 10/17/2022 | $75.46 | 899,189 | | 10/17/2022 | $43.76 | 899,189 |
| | 11/14/2022 | $73.90 | 900,765 | | 11/14/2022 | $42.86 | 900,765 |
| | 12/12/2022 | $73.88 | 902,317 | | 12/12/2022 | $42.84 | 902,317 |
| | 01/09/2023 | $73.90 | 903,807 | | 01/09/2023 | $42.86 | 903,807 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 07/18/2022 | $42.81 | 894,396 | | 08/15/2022 | $7.01 | 895,970 |
| | 09/19/2022 | $7.01 | 897,567 | | 10/17/2022 | $7.01 | 899,234 |
| | 11/14/2022 | $6.85 | 900,810 | | 12/12/2022 | $6.87 | 902,366 |
| | 01/09/2023 | $6.87 | 903,848 | | | | |
| CITIBANK NA | | | | | | | |
| | 07/18/2022 | $311.53 | 894,077 | | 07/18/2022 | $148.21 | 894,077 |
| | 08/15/2022 | $24.26 | 895,642 | | 08/15/2022 | $51.01 | 895,642 |
| | 09/19/2022 | $24.27 | 897,223 | | 09/19/2022 | $51.01 | 897,223 |
| | 10/17/2022 | $24.27 | 898,904 | | 10/17/2022 | $51.01 | 898,904 |
| | 11/14/2022 | $23.76 | 900,469 | | 11/14/2022 | $49.97 | 900,469 |
| | 12/12/2022 | $23.76 | 902,041 | | 12/12/2022 | $49.94 | 902,041 |
| | 01/09/2023 | $23.76 | 903,534 | | 01/09/2023 | $49.96 | 903,534 |
| DEPARTMENT OF EDUCATION/MOHELA | | | | | | | |
| | 07/18/2022 | $523.97 | 894,122 | | 08/15/2022 | $85.79 | 895,688 |
| | 09/19/2022 | $85.80 | 897,272 | | 10/17/2022 | $85.80 | 898,947 |
| | 11/14/2022 | $84.01 | 900,512 | | 12/12/2022 | $84.02 | 902,085 |
| | 01/09/2023 | $84.02 | 903,576 | | | | |
| EMERGENCY PHYSICIAN SERVICES OF NJ PA | | | | | | | |
| | 07/18/2022 | $21.36 | 893,916 | | 09/19/2022 | $7.01 | 897,055 |
| | 11/14/2022 | $6.92 | 900,324 | | 01/09/2023 | $6.85 | 903,399 |
| FORD MOTOR CREDIT COMPANY LLC | | | | | | | |
| | 07/18/2022 | $9.04 | 894,553 | | 11/14/2022 | $5.89 | 900,974 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 07/18/2022 | $127.14 | 8,002,949 | | 08/15/2022 | $20.81 | 8,003,001 |
| | 09/19/2022 | $20.82 | 8,003,047 | | 10/17/2022 | $20.82 | 8,003,102 |
| | 11/14/2022 | $20.40 | 8,003,147 | | 12/12/2022 | $20.38 | 8,003,203 |
| | 01/09/2023 | $20.39 | 8,003,256 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 07/18/2022 | $67.24 | 894,664 | | 07/18/2022 | $75.92 | 894,664 |
| | 08/15/2022 | $11.01 | 896,252 | | 08/15/2022 | $12.44 | 896,252 |
| | 09/19/2022 | $11.01 | 897,863 | | 09/19/2022 | $12.43 | 897,863 |
| | 10/17/2022 | $11.01 | 899,514 | | 10/17/2022 | $12.43 | 899,514 |
| | 11/14/2022 | $10.78 | 901,082 | | 11/14/2022 | $12.19 | 901,082 |
| | 12/12/2022 | $12.18 | 902,629 | | 12/12/2022 | $10.78 | 902,629 |
| | 01/09/2023 | $12.17 | 904,128 | | 01/09/2023 | $10.78 | 904,128 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 07/18/2022 | $10.07 | 894,119 | | 11/14/2022 | $6.55 | 900,509 |
| NISSAN-INFINITI LT | | | | | | | |
| | 07/18/2022 | $97.59 | 894,773 | | 08/15/2022 | $15.98 | 896,359 |
| | 09/19/2022 | $15.98 | 897,982 | | 10/17/2022 | $15.98 | 899,625 |
| | 11/14/2022 | $15.66 | 901,190 | | 12/12/2022 | $15.64 | 902,743 |
| | 01/09/2023 | $15.65 | 904,235 | | | | |

**Chapter 13 Case # 21-14061**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 07/18/2022 | $129.90 | 8,002,950 | | 07/18/2022 | $429.76 | 8,002,950 |
| | 07/18/2022 | $162.46 | 8,002,950 | | 07/18/2022 | $10.99 | 8,002,950 |
| | 07/18/2022 | $149.93 | 8,002,950 | | 08/15/2022 | $26.62 | 8,002,997 |
| | 08/15/2022 | $24.58 | 8,002,997 | | 08/15/2022 | $21.26 | 8,002,997 |
| | 08/15/2022 | $70.37 | 8,002,997 | | 09/19/2022 | $70.37 | 8,003,048 |
| | 09/19/2022 | $26.60 | 8,003,048 | | 09/19/2022 | $24.55 | 8,003,048 |
| | 09/19/2022 | $21.27 | 8,003,048 | | 10/17/2022 | $26.60 | 8,003,103 |
| | 10/17/2022 | $5.38 | 8,003,103 | | 10/17/2022 | $24.55 | 8,003,103 |
| | 10/17/2022 | $21.27 | 8,003,103 | | 10/17/2022 | $70.37 | 8,003,103 |
| | 11/14/2022 | $68.92 | 8,003,148 | | 11/14/2022 | $26.05 | 8,003,148 |
| | 11/14/2022 | $24.06 | 8,003,148 | | 11/14/2022 | $20.83 | 8,003,148 |
| | 12/12/2022 | $68.91 | 8,003,201 | | 12/12/2022 | $26.06 | 8,003,201 |
| | 12/12/2022 | $24.04 | 8,003,201 | | 12/12/2022 | $20.83 | 8,003,201 |
| | 01/09/2023 | $20.82 | 8,003,257 | | 01/09/2023 | $26.05 | 8,003,257 |
| | 01/09/2023 | $5.28 | 8,003,257 | | 01/09/2023 | $24.04 | 8,003,257 |
| | 01/09/2023 | $68.91 | 8,003,257 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 07/18/2022 | $33.78 | 894,214 | | 07/18/2022 | $7.08 | 894,214 |
| | 08/15/2022 | $5.54 | 895,775 | | 09/19/2022 | $5.53 | 897,371 |
| | 10/17/2022 | $5.53 | 899,036 | | 11/14/2022 | $5.43 | 900,609 |
| | 12/12/2022 | $5.74 | 902,177 | | 12/12/2022 | $5.41 | 902,177 |
| | 01/09/2023 | $5.42 | 903,663 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/18/2022 | $117.87 | 8,002,992 | | 08/15/2022 | $19.32 | 8,003,040 |
| | 09/19/2022 | $19.30 | 8,003,095 | | 10/17/2022 | $19.30 | 8,003,145 |
| | 11/14/2022 | $18.92 | 8,003,196 | | 12/12/2022 | $18.90 | 8,003,251 |
| | 01/09/2023 | $18.90 | 8,003,303 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 07/18/2022 | $51.48 | 895,316 | | 08/15/2022 | $8.42 | 896,861 |
| | 09/19/2022 | $8.43 | 898,550 | | 10/17/2022 | $8.43 | 900,146 |
| | 11/14/2022 | $8.24 | 901,721 | | 12/12/2022 | $8.25 | 903,239 |
| | 01/09/2023 | $8.26 | 904,733 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 521.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK A | UNSECURED | 7,274.46 | * | 307.81 | |
| 0002 | BANK OF AMERICA | UNSECURED | 21,478.43 | * | 908.84 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 20,031.52 | * | 847.61 | |
| 0004 | BB&T | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BOMBARDIER/CBNA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,995.29 | * | 84.43 | |
| 0008 | CAPTLACCPT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 3,539.28 | * | 149.76 | |
| 0010 | CITIBANK NA | UNSECURED | 6,907.72 | * | 292.29 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,054.35 | * | 256.18 | |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 469.15 | * | 16.62 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 329.64 | * | 12.82 | |
| 0014 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 421.17 | * | 14.93 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 1,575.00 | * | 66.64 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | KIA MOTORS FINANCE | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-14061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0021 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NISSAN MOTOR ACCEPTANCE CORP/INFI | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,926.11 | * | 250.76 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,572.93 | * | 320.44 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 511.58 | * | 21.65 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,989.58 | * | 295.75 | |
| 0027 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 3,134.06 | * | 132.61 | |
| 0030 | WELLS FARGO BANK NA | UNSECURED | 2,398.98 | * | 101.51 | |
| 0031 | YAMAHA MOTOR FINANCE CORP. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0033 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | NISSAN-INFINITI LT | UNSECURED | 4,549.08 | * | 192.48 | |
| 0035 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 24,422.51 | * | 1,033.41 | |
| 0040 | UNITED STATES TREASURY/IRS | UNSECURED | 5,495.01 | * | 232.51 | |
| 0041 | BANK OF AMERICA | UNSECURED | 12,456.47 | * | 527.08 | |
| 0042 | CITIBANK NA | UNSECURED | 14,520.82 | * | 614.43 | |
| 0043 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 996.00 | * | 42.14 | |
| 0044 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $10,993.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $11,001.00     -     Paid to Claims: $6,722.70     -     Admin Costs Paid: $4,271.05     =     Funds on Hand: $7.25

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.