RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  ALEXANDER PERALTA
PO BOX 159
LINCOLN PARK,  NJ  07035

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 21-14061

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,740.00**

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/22/2021 | $579.00 | | 07/22/2021 | $579.00 | |
| 08/23/2021 | $579.00 | | 09/22/2021 | $579.00 | |
| 10/22/2021 | $579.00 | | 11/22/2021 | $579.00 | |
| 12/22/2021 | $579.00 | | 01/25/2022 | $579.00 | |
| 02/23/2022 | $579.00 | | 03/22/2022 | $579.00 | |
| 04/22/2022 | $579.00 | | 05/23/2022 | $579.00 | |
| 06/23/2022 | $579.00 | | 07/22/2022 | $579.00 | |
| 08/22/2022 | $579.00 | | 09/22/2022 | $579.00 | |
| 10/24/2022 | $579.00 | | 11/22/2022 | $579.00 | |
| 12/22/2022 | $579.00 | | 01/24/2023 | $579.00 | |
| 02/23/2023 | $579.00 | | 03/22/2023 | $579.00 | |
| 04/24/2023 | $579.00 | | 05/22/2023 | $579.00 | |
| 06/23/2023 | $579.00 | | 07/24/2023 | $579.00 | |
| 08/22/2023 | $579.00 | | 09/22/2023 | $579.00 | |
| 10/23/2023 | $579.00 | | 11/22/2023 | $579.00 | |
| 12/22/2023 | $579.00 | | | | |

**Total Receipts: $17,949.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $17,949.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK AENB | | | | | | |
| | 07/18/2022 | $156.09 | 894,153 | 08/15/2022 | $25.54 | 895,721 |
| | 09/19/2022 | $25.56 | 897,304 | 10/17/2022 | $25.56 | 898,976 |
| | 11/14/2022 | $24.98 | 900,541 | 12/12/2022 | $25.05 | 902,113 |
| | 01/09/2023 | $25.03 | 903,602 | 02/13/2023 | $25.03 | 905,104 |
| | 03/13/2023 | $25.02 | 906,724 | 04/17/2023 | $25.02 | 908,290 |
| | 05/15/2023 | $25.03 | 909,929 | 06/12/2023 | $24.76 | 911,386 |

**Chapter 13 Case # 21-14061**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/17/2023 | $24.76 | 912,904 | | 08/14/2023 | $24.76 | 914,419 |
| | 09/18/2023 | $24.76 | 915,915 | | 10/16/2023 | $24.76 | 917,416 |
| | 11/13/2023 | $24.37 | 918,844 | | 12/11/2023 | $24.36 | 920,266 |
| BANK OF AMERICA | | | | | | | |
| | 07/18/2022 | $267.25 | 894,348 | | 07/18/2022 | $460.78 | 894,348 |
| | 08/15/2022 | $75.47 | 895,916 | | 08/15/2022 | $43.75 | 895,916 |
| | 09/19/2022 | $75.45 | 897,514 | | 09/19/2022 | $43.76 | 897,514 |
| | 10/17/2022 | $75.46 | 899,189 | | 10/17/2022 | $43.76 | 899,189 |
| | 11/14/2022 | $73.90 | 900,765 | | 11/14/2022 | $42.86 | 900,765 |
| | 12/12/2022 | $73.88 | 902,317 | | 12/12/2022 | $42.84 | 902,317 |
| | 01/09/2023 | $73.90 | 903,807 | | 01/09/2023 | $42.86 | 903,807 |
| | 02/13/2023 | $73.89 | 905,330 | | 02/13/2023 | $42.86 | 905,330 |
| | 03/13/2023 | $73.88 | 906,948 | | 03/13/2023 | $42.85 | 906,948 |
| | 04/17/2023 | $73.90 | 908,529 | | 04/17/2023 | $42.85 | 908,529 |
| | 05/15/2023 | $73.88 | 910,154 | | 05/15/2023 | $42.85 | 910,154 |
| | 06/12/2023 | $73.11 | 911,619 | | 06/12/2023 | $42.40 | 911,619 |
| | 07/17/2023 | $73.11 | 913,135 | | 07/17/2023 | $42.40 | 913,135 |
| | 08/14/2023 | $73.10 | 914,652 | | 08/14/2023 | $42.39 | 914,652 |
| | 09/18/2023 | $73.09 | 916,149 | | 09/18/2023 | $42.39 | 916,149 |
| | 10/16/2023 | $73.13 | 917,640 | | 10/16/2023 | $42.42 | 917,640 |
| | 11/13/2023 | $71.93 | 919,074 | | 11/13/2023 | $41.71 | 919,074 |
| | 12/11/2023 | $71.94 | 920,497 | | 12/11/2023 | $41.72 | 920,497 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 07/18/2022 | $42.81 | 894,396 | | 08/15/2022 | $7.01 | 895,970 |
| | 09/19/2022 | $7.01 | 897,567 | | 10/17/2022 | $7.01 | 899,234 |
| | 11/14/2022 | $6.85 | 900,810 | | 12/12/2022 | $6.87 | 902,366 |
| | 01/09/2023 | $6.87 | 903,848 | | 02/13/2023 | $6.86 | 905,378 |
| | 03/13/2023 | $6.86 | 906,991 | | 04/17/2023 | $6.87 | 908,577 |
| | 05/15/2023 | $6.86 | 910,198 | | 06/12/2023 | $6.80 | 911,662 |
| | 07/17/2023 | $6.79 | 913,183 | | 08/14/2023 | $6.79 | 914,701 |
| | 09/18/2023 | $6.79 | 916,197 | | 10/16/2023 | $6.79 | 917,679 |
| | 11/13/2023 | $6.69 | 919,117 | | 12/11/2023 | $6.67 | 920,534 |
| CITIBANK NA | | | | | | | |
| | 07/18/2022 | $311.53 | 894,077 | | 07/18/2022 | $148.21 | 894,077 |
| | 08/15/2022 | $24.26 | 895,642 | | 08/15/2022 | $51.01 | 895,642 |
| | 09/19/2022 | $24.27 | 897,223 | | 09/19/2022 | $51.01 | 897,223 |
| | 10/17/2022 | $24.27 | 898,904 | | 10/17/2022 | $51.01 | 898,904 |
| | 11/14/2022 | $23.76 | 900,469 | | 11/14/2022 | $49.97 | 900,469 |
| | 12/12/2022 | $23.76 | 902,041 | | 12/12/2022 | $49.94 | 902,041 |
| | 01/09/2023 | $23.76 | 903,534 | | 01/09/2023 | $49.96 | 903,534 |
| | 02/13/2023 | $23.76 | 905,036 | | 02/13/2023 | $49.95 | 905,036 |
| | 03/13/2023 | $23.77 | 906,652 | | 03/13/2023 | $49.96 | 906,652 |
| | 04/17/2023 | $49.95 | 908,217 | | 04/17/2023 | $23.76 | 908,217 |
| | 05/15/2023 | $23.77 | 909,863 | | 05/15/2023 | $49.96 | 909,863 |
| | 06/12/2023 | $23.50 | 911,319 | | 06/12/2023 | $49.42 | 911,319 |
| | 07/17/2023 | $23.51 | 912,838 | | 07/17/2023 | $49.43 | 912,838 |
| | 08/14/2023 | $49.42 | 914,357 | | 08/14/2023 | $23.53 | 914,357 |
| | 09/18/2023 | $49.41 | 915,853 | | 09/18/2023 | $23.51 | 915,853 |
| | 10/16/2023 | $49.44 | 917,354 | | 10/16/2023 | $23.51 | 917,354 |
| | 11/13/2023 | $23.13 | 918,782 | | 11/13/2023 | $48.64 | 918,782 |
| | 12/11/2023 | $23.14 | 920,203 | | 12/11/2023 | $48.63 | 920,203 |

**Chapter 13 Case # 21-14061**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT OF EDUCATION/MOHELA | | | | | | | |
| | 07/18/2022 | $523.97 | 894,122 | | 08/15/2022 | $85.79 | 895,688 |
| | 09/19/2022 | $85.80 | 897,272 | | 10/17/2022 | $85.80 | 898,947 |
| | 11/14/2022 | $84.01 | 900,512 | | 12/12/2022 | $84.02 | 902,085 |
| | 01/09/2023 | $84.02 | 903,576 | | 02/13/2023 | $84.02 | 905,081 |
| | 03/13/2023 | $84.02 | 906,697 | | 04/17/2023 | $84.02 | 908,263 |
| | 05/15/2023 | $84.01 | 909,902 | | 06/12/2023 | $83.12 | 911,358 |
| | 07/17/2023 | $83.13 | 912,875 | | 08/14/2023 | $83.14 | 914,394 |
| | 09/18/2023 | $83.11 | 915,889 | | 10/16/2023 | $83.14 | 917,390 |
| | 11/13/2023 | $81.79 | 918,816 | | 12/11/2023 | $81.79 | 920,238 |
| EMERGENCY PHYSICIAN SERVICES OF NJ PA | | | | | | | |
| | 07/18/2022 | $21.36 | 893,916 | | 09/19/2022 | $7.01 | 897,055 |
| | 11/14/2022 | $6.92 | 900,324 | | 01/09/2023 | $6.85 | 903,399 |
| | 03/13/2023 | $6.86 | 906,533 | | 05/15/2023 | $6.85 | 909,755 |
| | 07/17/2023 | $6.78 | 912,731 | | 09/18/2023 | $6.78 | 915,746 |
| | 11/13/2023 | $6.73 | 918,685 | | | | |
| FORD MOTOR CREDIT COMPANY LLC | | | | | | | |
| | 07/18/2022 | $9.04 | 894,553 | | 11/14/2022 | $5.89 | 900,974 |
| | 03/13/2023 | $5.79 | 907,160 | | 07/17/2023 | $5.76 | 913,356 |
| | 11/13/2023 | $5.71 | 919,293 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 07/18/2022 | $127.14 | 8,002,949 | | 08/15/2022 | $20.81 | 8,003,001 |
| | 09/19/2022 | $20.82 | 8,003,047 | | 10/17/2022 | $20.82 | 8,003,102 |
| | 11/14/2022 | $20.40 | 8,003,147 | | 12/12/2022 | $20.38 | 8,003,203 |
| | 01/09/2023 | $20.39 | 8,003,256 | | 02/13/2023 | $20.38 | 8,003,310 |
| | 03/13/2023 | $20.39 | 8,003,366 | | 04/17/2023 | $20.38 | 8,003,420 |
| | 05/15/2023 | $20.39 | 8,003,477 | | 06/12/2023 | $20.18 | 8,003,528 |
| | 07/17/2023 | $20.17 | 8,003,583 | | 08/14/2023 | $20.16 | 8,003,640 |
| | 09/18/2023 | $20.20 | 8,003,693 | | 10/16/2023 | $20.15 | 8,003,752 |
| | 11/13/2023 | $19.85 | 8,003,809 | | 12/11/2023 | $19.84 | 8,003,863 |
| LVNV FUNDING LLC | | | | | | | |
| | 07/18/2022 | $67.24 | 894,664 | | 07/18/2022 | $75.92 | 894,664 |
| | 08/15/2022 | $11.01 | 896,252 | | 08/15/2022 | $12.44 | 896,252 |
| | 09/19/2022 | $11.01 | 897,863 | | 09/19/2022 | $12.43 | 897,863 |
| | 10/17/2022 | $11.01 | 899,514 | | 10/17/2022 | $12.43 | 899,514 |
| | 11/14/2022 | $10.78 | 901,082 | | 11/14/2022 | $12.19 | 901,082 |
| | 12/12/2022 | $12.18 | 902,629 | | 12/12/2022 | $10.78 | 902,629 |
| | 01/09/2023 | $12.17 | 904,128 | | 01/09/2023 | $10.78 | 904,128 |
| | 02/13/2023 | $12.17 | 905,669 | | 02/13/2023 | $10.78 | 905,669 |
| | 03/13/2023 | $12.19 | 907,272 | | 03/13/2023 | $10.78 | 907,272 |
| | 04/17/2023 | $12.16 | 908,885 | | 04/17/2023 | $10.79 | 908,885 |
| | 05/15/2023 | $12.19 | 910,467 | | 05/15/2023 | $10.78 | 910,467 |
| | 06/12/2023 | $12.03 | 911,947 | | 06/12/2023 | $10.67 | 911,947 |
| | 07/17/2023 | $12.05 | 913,469 | | 07/17/2023 | $10.67 | 913,469 |
| | 08/14/2023 | $10.66 | 914,984 | | 08/14/2023 | $12.05 | 914,984 |
| | 09/18/2023 | $12.06 | 916,481 | | 09/18/2023 | $10.69 | 916,481 |
| | 10/16/2023 | $12.04 | 917,954 | | 10/16/2023 | $10.63 | 917,954 |
| | 11/13/2023 | $10.51 | 919,401 | | 11/13/2023 | $11.85 | 919,401 |
| | 12/11/2023 | $11.86 | 920,797 | | 12/11/2023 | $10.50 | 920,797 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 07/18/2022 | $10.07 | 894,119 | | 11/14/2022 | $6.55 | 900,509 |
| | 03/13/2023 | $6.46 | 906,694 | | 07/17/2023 | $6.43 | 912,872 |
| | 11/13/2023 | $6.35 | 918,813 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **NISSAN-INFINITI LT** | | | | | | | |
| | 07/18/2022 | $97.59 | 894,773 | | 08/15/2022 | $15.98 | 896,359 |
| | 09/19/2022 | $15.98 | 897,982 | | 10/17/2022 | $15.98 | 899,625 |
| | 11/14/2022 | $15.66 | 901,190 | | 12/12/2022 | $15.64 | 902,743 |
| | 01/09/2023 | $15.65 | 904,235 | | 02/13/2023 | $15.66 | 905,785 |
| | 03/13/2023 | $15.65 | 907,388 | | 04/17/2023 | $15.64 | 909,008 |
| | 05/15/2023 | $15.65 | 910,577 | | 06/12/2023 | $15.49 | 912,066 |
| | 07/17/2023 | $15.48 | 913,582 | | 08/14/2023 | $15.49 | 915,092 |
| | 09/18/2023 | $15.48 | 916,594 | | 10/16/2023 | $15.49 | 918,064 |
| | 11/13/2023 | $15.23 | 919,504 | | 12/11/2023 | $15.24 | 920,903 |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | | |
| | 07/18/2022 | $129.90 | 8,002,950 | | 07/18/2022 | $429.76 | 8,002,950 |
| | 07/18/2022 | $162.46 | 8,002,950 | | 07/18/2022 | $10.99 | 8,002,950 |
| | 07/18/2022 | $149.93 | 8,002,950 | | 08/15/2022 | $26.62 | 8,002,997 |
| | 08/15/2022 | $24.58 | 8,002,997 | | 08/15/2022 | $21.26 | 8,002,997 |
| | 08/15/2022 | $70.37 | 8,002,997 | | 09/19/2022 | $70.37 | 8,003,048 |
| | 09/19/2022 | $26.60 | 8,003,048 | | 09/19/2022 | $24.55 | 8,003,048 |
| | 09/19/2022 | $21.27 | 8,003,048 | | 10/17/2022 | $26.60 | 8,003,103 |
| | 10/17/2022 | $5.38 | 8,003,103 | | 10/17/2022 | $24.55 | 8,003,103 |
| | 10/17/2022 | $21.27 | 8,003,103 | | 10/17/2022 | $70.37 | 8,003,103 |
| | 11/14/2022 | $68.92 | 8,003,148 | | 11/14/2022 | $26.05 | 8,003,148 |
| | 11/14/2022 | $24.06 | 8,003,148 | | 11/14/2022 | $20.83 | 8,003,148 |
| | 12/12/2022 | $68.91 | 8,003,201 | | 12/12/2022 | $26.06 | 8,003,201 |
| | 12/12/2022 | $24.04 | 8,003,201 | | 12/12/2022 | $20.83 | 8,003,201 |
| | 01/09/2023 | $20.82 | 8,003,257 | | 01/09/2023 | $26.05 | 8,003,257 |
| | 01/09/2023 | $5.28 | 8,003,257 | | 01/09/2023 | $24.04 | 8,003,257 |
| | 01/09/2023 | $68.91 | 8,003,257 | | 02/13/2023 | $68.91 | 8,003,309 |
| | 02/13/2023 | $26.06 | 8,003,309 | | 02/13/2023 | $24.05 | 8,003,309 |
| | 02/13/2023 | $20.83 | 8,003,309 | | 03/13/2023 | $20.83 | 8,003,367 |
| | 03/13/2023 | $68.92 | 8,003,367 | | 03/13/2023 | $26.01 | 8,003,367 |
| | 03/13/2023 | $24.04 | 8,003,367 | | 04/17/2023 | $68.91 | 8,003,414 |
| | 04/17/2023 | $26.09 | 8,003,414 | | 04/17/2023 | $5.28 | 8,003,414 |
| | 04/17/2023 | $24.06 | 8,003,414 | | 04/17/2023 | $20.82 | 8,003,414 |
| | 05/15/2023 | $20.83 | 8,003,472 | | 05/15/2023 | $68.91 | 8,003,472 |
| | 05/15/2023 | $26.05 | 8,003,472 | | 05/15/2023 | $24.01 | 8,003,472 |
| | 06/12/2023 | $20.61 | 8,003,529 | | 06/12/2023 | $68.18 | 8,003,529 |
| | 06/12/2023 | $25.77 | 8,003,529 | | 06/12/2023 | $23.82 | 8,003,529 |
| | 07/17/2023 | $20.61 | 8,003,582 | | 07/17/2023 | $68.18 | 8,003,582 |
| | 07/17/2023 | $25.78 | 8,003,582 | | 07/17/2023 | $5.24 | 8,003,582 |
| | 07/17/2023 | $23.79 | 8,003,582 | | 08/14/2023 | $68.18 | 8,003,637 |
| | 08/14/2023 | $20.61 | 8,003,637 | | 08/14/2023 | $25.78 | 8,003,637 |
| | 08/14/2023 | $23.78 | 8,003,637 | | 09/18/2023 | $68.17 | 8,003,690 |
| | 09/18/2023 | $25.77 | 8,003,690 | | 09/18/2023 | $23.83 | 8,003,690 |
| | 09/18/2023 | $20.60 | 8,003,690 | | 10/16/2023 | $68.20 | 8,003,749 |
| | 10/16/2023 | $25.78 | 8,003,749 | | 10/16/2023 | $5.23 | 8,003,749 |
| | 10/16/2023 | $23.76 | 8,003,749 | | 10/16/2023 | $20.61 | 8,003,749 |
| | 11/13/2023 | $67.08 | 8,003,806 | | 11/13/2023 | $20.27 | 8,003,806 |
| | 11/13/2023 | $25.36 | 8,003,806 | | 11/13/2023 | $23.41 | 8,003,806 |
| | 12/11/2023 | $67.09 | 8,003,859 | | 12/11/2023 | $25.36 | 8,003,859 |
| | 12/11/2023 | $23.40 | 8,003,859 | | 12/11/2023 | $20.29 | 8,003,859 |

**Chapter 13 Case # 21-14061**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 07/18/2022 | $33.78 | 894,214 | | 07/18/2022 | $7.08 | 894,214 |
| | 08/15/2022 | $5.54 | 895,775 | | 09/19/2022 | $5.53 | 897,371 |
| | 10/17/2022 | $5.53 | 899,036 | | 11/14/2022 | $5.43 | 900,609 |
| | 12/12/2022 | $5.74 | 902,177 | | 12/12/2022 | $5.41 | 902,177 |
| | 01/09/2023 | $5.42 | 903,663 | | 02/13/2023 | $5.42 | 905,169 |
| | 03/13/2023 | $5.42 | 906,788 | | 04/17/2023 | $5.42 | 8,003,428 |
| | 05/15/2023 | $5.66 | 8,003,479 | | 05/15/2023 | $5.42 | 8,003,479 |
| | 06/12/2023 | $5.35 | 8,003,537 | | 07/17/2023 | $5.37 | 8,003,594 |
| | 08/14/2023 | $5.36 | 8,003,649 | | 09/18/2023 | $5.36 | 8,003,703 |
| | 10/16/2023 | $5.62 | 8,003,772 | | 10/16/2023 | $5.36 | 8,003,772 |
| | 11/13/2023 | $5.28 | 8,003,817 | | 12/11/2023 | $5.27 | 8,003,869 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/18/2022 | $117.87 | 8,002,992 | | 08/15/2022 | $19.32 | 8,003,040 |
| | 09/19/2022 | $19.30 | 8,003,095 | | 10/17/2022 | $19.30 | 8,003,145 |
| | 11/14/2022 | $18.92 | 8,003,196 | | 12/12/2022 | $18.90 | 8,003,251 |
| | 01/09/2023 | $18.90 | 8,003,303 | | 02/13/2023 | $18.91 | 8,003,361 |
| | 03/13/2023 | $18.90 | 8,003,412 | | 04/17/2023 | $18.90 | 8,003,467 |
| | 05/15/2023 | $18.91 | 8,003,525 | | 06/12/2023 | $18.70 | 8,003,577 |
| | 07/17/2023 | $18.70 | 8,003,634 | | 08/14/2023 | $18.71 | 8,003,689 |
| | 09/18/2023 | $18.70 | 8,003,748 | | 10/16/2023 | $18.70 | 8,003,804 |
| | 11/13/2023 | $18.41 | 8,003,857 | | 12/11/2023 | $18.40 | 8,003,904 |
| WELLS FARGO BANK NA | | | | | | | |
| | 07/18/2022 | $51.48 | 895,316 | | 08/15/2022 | $8.42 | 896,861 |
| | 09/19/2022 | $8.43 | 898,550 | | 10/17/2022 | $8.43 | 900,146 |
| | 11/14/2022 | $8.24 | 901,721 | | 12/12/2022 | $8.25 | 903,239 |
| | 01/09/2023 | $8.26 | 904,733 | | 02/13/2023 | $8.25 | 906,326 |
| | 03/13/2023 | $8.26 | 907,894 | | 04/17/2023 | $8.24 | 909,557 |
| | 05/15/2023 | $8.26 | 911,041 | | 06/12/2023 | $8.16 | 912,556 |
| | 07/17/2023 | $8.17 | 914,082 | | 08/14/2023 | $8.17 | 915,550 |
| | 09/18/2023 | $8.16 | 917,082 | | 10/16/2023 | $8.17 | 918,512 |
| | 11/13/2023 | $8.03 | 919,959 | | 12/11/2023 | $8.04 | 921,359 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 975.57 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK A | UNSECURED | 7,274.46 | * | 604.80 | |
| 0002 | BANK OF AMERICA | UNSECURED | 21,478.43 | * | 1,785.74 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 20,031.52 | * | 1,665.43 | |
| 0004 | BB&T | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BOMBARDIER/CBNA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,995.29 | * | 165.88 | |
| 0008 | CAPTLACCPT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 3,539.28 | * | 294.26 | |
| 0010 | CITIBANK NA | UNSECURED | 6,907.72 | * | 574.32 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,054.35 | * | 503.37 | |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 469.15 | * | 35.86 | |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 329.64 | * | 24.10 | |
| 0014 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FORD MOTOR CREDIT COMPANY LLC | UNSECURED | 421.17 | * | 32.19 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 1,575.00 | * | 130.95 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | KIA MOTORS FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0020 | M&T BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 21-14061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,926.11 | * | 492.70 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,572.93 | * | 629.61 | |
| 0025 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 511.58 | * | 42.53 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,989.58 | * | 581.11 | |
| 0027 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 3,134.06 | * | 260.57 | |
| 0030 | WELLS FARGO BANK NA | UNSECURED | 2,398.98 | * | 199.45 | |
| 0031 | YAMAHA MOTOR FINANCE CORP. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0033 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | NISSAN-INFINITI LT | UNSECURED | 4,549.08 | * | 378.22 | |
| 0035 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 24,422.51 | * | 2,030.50 | |
| 0040 | UNITED STATES TREASURY/IRS | UNSECURED | 5,495.01 | * | 456.85 | |
| 0041 | BANK OF AMERICA | UNSECURED | 12,456.47 | * | 1,035.64 | |
| 0042 | CITIBANK NA | UNSECURED | 14,520.82 | * | 1,207.27 | |
| 0043 | EMERGENCY PHYSICIAN SERVICES OF N | UNSECURED | 996.00 | * | 82.81 | |
| 0044 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |

**Total Paid: $17,939.73**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $17,949.00    -    Paid to Claims: $13,214.16    -    Admin Costs Paid: $4,725.57    =    Funds on Hand: $9.27

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.