UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Alexandra Peralta,

Debtor.

Case No.:   21-14061-JKS

Chapter:   13

Hearing Date:   06/13/2024

Judge:   Sherwood

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 64 18th Street, Paterson, NJ (Docket # 60)

_____

Date: 06/11/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*