Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14061−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alexander Peralta
  P.O. Box 159
  Lincoln Park, NJ 07035

Social Security No.:
  xxx−xx−5189

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       7/11/24
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Compensation for Russell L. Low, attorney

COMMISSION OR FEES
$1,500.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☑      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: $1,500.00.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 17, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-14061-JKS

Alexander Peralta                                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 5

Date Rcvd: Jun 17, 2024                     Form ID: 137                           Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alexander Peralta, P.O. Box 159, Lincoln Park, NJ 07035-0159 |
| cr | + | AIS Portfolio Services, LLC Attn: Ford Motor Credi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519212825 | + | Bank of America, P.O. Box 53181, Phoenix, AZ 85072-3181 |
| 519212832 | + | CAPTLACCPT, P.O. BOX 356, POMPLOU LAKES, NJ 07442-0356 |
| 519214896 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2024 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2024 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2024 21:11:29 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212823 | + | Email/PDF: bncnotices@becket-lee.com | Jun 17 2024 20:57:30 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519219854 | + | Email/Text: bkfilings@zwickerpc.com | Jun 17 2024 21:01:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 519212824 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 17 2024 20:59:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519212826 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 17 2024 21:00:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519212827 | | Email/Text: bankruptcy@bbandt.com | Jun 17 2024 21:00:00 | BB&T, ATTN: BANKRUPTCY, PO BOX 1847, WILSON, NC 27894 |
| 519212828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2024 21:12:25 | BOMBARDIER/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 519220022 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 17 2024 21:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212829 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2024 20:58:06 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

District/off: 0312-2            User: admin            Page 2 of 5

Date Rcvd: Jun 17, 2024            Form ID: 137            Total Noticed: 61

| ID | Notice Method | Time | Recipient |
|---|---|---|---|
| 519212834 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2024 21:22:59 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519212835 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2024 21:11:29 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519212836 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2024 20:58:22 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519212837 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2024 21:00:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519212839 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2024 21:00:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519244874 | + Email/PDF: ebn_ais@aisinfo.com | Jun 17 2024 20:57:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519248870 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2024 21:11:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519212840 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2024 21:12:20 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519254172 | Email/Text: BNCnotices@dcmservices.com | Jun 17 2024 20:59:00 | Emergency Physicians Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519212842 | + Email/Text: EBNBKNOT@ford.com | Jun 17 2024 21:00:00 | FORD MOTOR CREDIT COMP, POB 542000, OMAHA, NE 68154-8000 |
| 519215808 | Email/Text: EBNBKNOT@ford.com | Jun 17 2024 21:00:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519212843 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 17 2024 20:59:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 520216719 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 17 2024 20:58:18 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519212844 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 17 2024 21:00:00 | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 519212845 | + Email/Text: EBNBKNOT@ford.com | Jun 17 2024 21:00:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 519258301 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2024 20:57:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519212846 | Email/Text: camanagement@mtb.com | Jun 17 2024 21:00:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 519212847 | Email/Text: camanagement@mtb.com | Jun 17 2024 21:00:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 519247696 | Email/Text: camanagement@mtb.com | Jun 17 2024 21:00:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519242272 | Email/Text: camanagement@mtb.com | Jun 17 2024 21:00:00 | M&T Bank, PO Box 1508, Buffalo, NY 1508 |
| 519242286 | + Email/Text: camanagement@mtb.com | Jun 17 2024 21:00:00 | M&T Bank, PO BOX 1508, Buffalo, NY 14240-1508 |
| 519212849 | Email/Text: EBN@Mohela.com | Jun 17 2024 20:59:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519215576 | Email/Text: EBN@Mohela.com | Jun 17 2024 20:59:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519237866 | + Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0312-2 | User: admin | Page 3 of 5
Date Rcvd: Jun 17, 2024 | Form ID: 137 | Total Noticed: 61

| | | |
|---|---|---|
| | Jun 17 2024 21:00:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519212855 + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 17 2024 20:59:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 519212857 + Email/Text: bnc@nordstrom.com | Jun 17 2024 20:59:04 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 519265752 + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 17 2024 21:00:00 | NORDSTROM, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519265438 + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 17 2024 20:59:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519253884 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2024 20:57:30 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519269082 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2024 20:58:24 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519269084 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2024 21:22:59 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519269081 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2024 21:22:40 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519260822 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2024 21:11:52 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519253414 Email/Text: bnc-quantum@quantum3group.com | Jun 17 2024 21:00:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264434 Email/Text: bnc-quantum@quantum3group.com | Jun 17 2024 21:00:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519212858 + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2024 20:57:11 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212859 + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2024 20:57:16 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212860 + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2024 21:33:27 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212861 + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2024 20:57:11 | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212863 + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2024 21:23:00 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214896 ^ MEBN | Jun 17 2024 20:47:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212864 + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 17 2024 21:11:54 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 519231214 Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 17 2024 21:11:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519212865 + Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jun 17 2024 20:59:00 | YAMAHA FINANCIAL SERVICES, ATTN: BANKRUPTCY, 6555 KATELLA AVE, CYPRESS, CA 90630-5101 |
| 519229955 Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jun 17 2024 20:59:00 | Yamaha Motor Finance Corp., P.O. Box 2429, |

District/off: 0312-2                          User: admin                                    Page 4 of 5
Date Rcvd: Jun 17, 2024                       Form ID: 137                                    Total Noticed: 61

Cypress, CA 90630

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519212830 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212831 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212833 | *+ | CAPTLACCPT, P.O. BOX 356, POMPLOU LAKES, NJ 07442-0356 |
| 519212838 | *+ | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519212841 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519212848 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 519212850 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212851 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212852 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212853 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212854 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212856 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 519212862 | *+ | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024                   Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Alexander Peralta ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2

User: admin

Date Rcvd: Jun 17, 2024

Form ID: 137

Total Noticed: 61

TOTAL: 5