**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

**Russell L. Low, Esq. – RLL 4745**
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

ALEXANDER PERALTA

Debtor(s)

Order Filed on July 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-14061
Chapter 13

Judge:  The Honorable John K. Sherwood

**Hearing Date:  July 11, 2024, 10:00am**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 12, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,500.00 for services rendered and expenses in the amount of $0.00 for a total of $1,500.00.  The allowance is payable:

_X_    through the Chapter 13 plan as an administrative priority.

___    outside the plan.