Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ALEXANDER PERALTA,

Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Case No.:  **21-14061 JKS**

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | DEPARTMENT OF EDUCATION/MOHELA |
| Trustee Claim #: | 39 |
| Court Claim #: | 1 |
| Claimed Amount: | $24,422.51 |
| Date Claim Filed: | 05/19/2021 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: May 08, 2025

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

ALEXANDER PERALTA
PO BOX 159
LINCOLN PARK, NJ    07035

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

US DEPT OF EDUCATION/MOHELA
633 SPIRIT DR
CHESTERFIELD, MO    63005

DEPARTMENT OF EDUCATION/MOHELA
PO BOX 790233
ST LOUIS, MO    63179