UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Alexander  Peralta

Case No.:   21-14061

Chapter:   13

Judge:   JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Alexander  Peralta_____, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☐ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _06/05/2026_____          _____
                                            Debtor's Signature

**IMPORTANT:**

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
• **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*