**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alexander Peralta | Social Security number or ITIN   xxx–xx–5189 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–14061–JKS

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alexander Peralta

8/4/26

**By the court:** John K. Sherwood
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W
**Chapter 13 Discharge**
page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14061-JKS |
| Alexander Peralta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 04, 2026 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Peralta, 397 Pine Brook Road, Lincoln Park, NJ 07035-1802 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519212825 | + | Bank of America, P.O. Box 53181, Phoenix, AZ 85072-3181 |
| 519212832 | + | CAPTLACCPT, P.O. BOX 356, POMPLOU LAKES, NJ 07442-0356 |
| 519212845 | + | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 05 2026 01:27:00 | AIS Portfolio Services, LLC Attn: Ford Motor Credi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Aug 05 2026 01:27:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212823 | + | Email/PDF: bncnotices@becket-lee.com | Aug 04 2026 21:57:09 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519219854 | + | Email/Text: bkfilings@zwickerpc.com | Aug 04 2026 21:46:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 519212824 | | EDI: BANKAMER | Aug 05 2026 01:27:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 519212826 | + | EDI: TSYS2 | Aug 05 2026 01:27:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519212827 | | Email/Text: bankruptcy@bbandt.com | Aug 04 2026 21:45:00 | BB&T, ATTN: BANKRUPTCY, PO BOX 1847, WILSON, NC 27894 |
| 519212828 | + | EDI: CITICORP | Aug 05 2026 01:27:00 | BOMBARDIER/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 519220022 | + | EDI: BANKAMER2 | Aug 05 2026 01:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519212829 | + | EDI: CAPITALONE.COM | Aug 05 2026 01:27:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212834 | + | EDI: CITICORP | Aug 05 2026 01:27:00 | CITIBANK, CITICORP CREDIT |

District/off: 0312-2                         User: admin                                    Page 2 of 5

Date Rcvd: Aug 04, 2026                    Form ID: 3180W                           Total Noticed: 61

| | | | |
|---|---|---|---|
| | | | SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519212835 | | EDI: CITICORP | |
| | | Aug 05 2026 01:27:00 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519212836 | + | EDI: CITICORP | |
| | | Aug 05 2026 01:27:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519212837 | + | EDI: WFNNB.COM | |
| | | Aug 05 2026 01:27:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519212839 | + | EDI: WFNNB.COM | |
| | | Aug 05 2026 01:27:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519244874 | + | EDI: AIS.COM | |
| | | Aug 05 2026 01:27:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519248870 | | EDI: CITICORP | |
| | | Aug 05 2026 01:27:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519212840 | | EDI: CITICORP | |
| | | Aug 05 2026 01:27:00 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519254172 | | Email/Text: BNCnotices@dcmservices.com | |
| | | Aug 04 2026 21:45:00 | Emergency Physicians Services of NJ PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519212842 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Aug 04 2026 21:46:00 | FORD MOTOR CREDIT COMP, POB 542000, OMAHA, NE 68154-8000 |
| 519215808 | | Email/Text: EBNBKNOT@ford.com | |
| | | Aug 04 2026 21:46:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519212843 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Aug 04 2026 21:44:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 520216719 | + | EDI: AISACG.COM | |
| | | Aug 05 2026 01:27:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519212844 | | EDI: IRS.COM | |
| | | Aug 05 2026 01:27:00 | Internal Revenue Services, Special Procedures Branch, PO Box 744, Springfield, NJ 07081 |
| 519258301 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Aug 04 2026 21:57:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519212846 | | Email/Text: camanagement@mtb.com | |
| | | Aug 04 2026 21:45:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 519212847 | | Email/Text: camanagement@mtb.com | |
| | | Aug 04 2026 21:45:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 519247696 | | Email/Text: camanagement@mtb.com | |
| | | Aug 04 2026 21:45:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519242272 | | Email/Text: camanagement@mtb.com | |
| | | Aug 04 2026 21:45:00 | M&T Bank, PO Box 1508, Buffalo, NY 1508 |
| 519242286 | + | Email/Text: camanagement@mtb.com | |
| | | Aug 04 2026 21:45:00 | M&T Bank, PO BOX 1508, Buffalo, NY 14240-1508 |
| 519212849 | | Email/Text: EBN@Mohela.com | |
| | | Aug 04 2026 21:45:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519215576 | | Email/Text: EBN@Mohela.com | |
| | | Aug 04 2026 21:45:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519237866 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Aug 04 2026 21:46:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519212855 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | |
| | | Aug 04 2026 21:45:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |

District/off: 0312-2                                         User: admin                                                    Page 3 of 5

Date Rcvd: Aug 04, 2026                                    Form ID: 3180W                                        Total Noticed: 61

| | | | |
|---|---|---|---|
| 519212857 | + EDI: TDBANKNORTH.COM | Aug 05 2026 01:27:00 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 519265752 | + EDI: JEFFERSONCAP.COM | Aug 05 2026 01:27:00 | NORDSTROM, INC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |
| 519265438 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 04 2026 21:45:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519253884 | EDI: PRA.COM | Aug 05 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519269082 | EDI: PRA.COM | Aug 05 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519269084 | EDI: PRA.COM | Aug 05 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 519269081 | EDI: PRA.COM | Aug 05 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o PAYPAL, POB 41067, Norfolk, VA 23541 |
| 519260822 | EDI: PRA.COM | Aug 05 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519253414 | EDI: Q3G.COM | Aug 05 2026 01:27:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519264434 | EDI: Q3G.COM | Aug 05 2026 01:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519212858 | + EDI: SYNC | Aug 05 2026 01:27:00 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212859 | + EDI: SYNC | Aug 05 2026 01:27:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212860 | + EDI: SYNC | Aug 05 2026 01:27:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212861 | + EDI: SYNC | Aug 05 2026 01:27:00 | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519212863 | + EDI: SYNC | Aug 05 2026 01:27:00 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519214896 | + EDI: PRA.COM | Aug 05 2026 01:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519212864 | + EDI: WFHOME | Aug 05 2026 01:27:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 519231214 | EDI: WFCCSBK | Aug 05 2026 01:27:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519212865 | + Email/Text: ymfus_bankruptcy@yamaha-motor.com | Aug 04 2026 21:44:00 | YAMAHA FINANCIAL SERVICES, ATTN: BANKRUPTCY, 6555 KATELLA AVE, CYPRESS, CA 90630-5101 |
| 519229955 | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Aug 04 2026 21:44:00 | Yamaha Motor Finance Corp., P.O. Box 2429, Cypress, CA 90630 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519212830 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212831 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519212833 | *+ | CAPTLACCPT, P.O. BOX 356, POMPLOU LAKES, NJ 07442-0356 |
| 519212838 | *+ | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519212841 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519212848 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 521218908 | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 521218909 | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519212850 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212851 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212852 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212853 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212854 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 519212856 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 519212862 | *+ | SYNCHRONY BANK/OLD NAVY, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                                Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Alexander Peralta ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                          User: admin                              Page 5 of 5
Date Rcvd: Aug 04, 2026                       Form ID: 3180W                           Total Noticed: 61
TOTAL: 5